UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Wilbur Knight,<br><br>   Petitioner<br><br>v.<br><br>State of Nevada, *et al.*,<br><br>   Respondents | Case No.: 2:24-cv-00878-APG-NJK<br><br>**Order Granting Extension of Time to File Amended Petition to December 18, 2025**<br><br>[ECF No. 19] |

Wilbur Knight asks the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 19.  Good cause appearing,

I ORDER that the petitioner's unopposed motion for extension of time to file an amended petition **[ECF No. 19] is GRANTED** *nunc pro tunc*.  **The deadline is extended to December 18, 2025.**

DATED this 21st day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE