**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Wibert Knight, | Case No.: 2:24-cv-00878-APG-NJK |
| Petitioner | **Order Granting Petitioner's Motion to Extend** |
| v. | [ECF No. 22] |
| State of Nevada, et al., | |
| Respondents | |

Petitioner Wilbert Knight filed a motion for extension of time to file his amended petition. ECF No. 22. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's unopposed first motion for enlargement of time (ECF No. 22) is granted. The deadline to file his amended petition is April 30, 2026.

DATED this 11th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE