**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Wibert Knight,

Petitioner

v.

State of Nevada, et al.,

Respondents

Case No.: 2:24-cv-00878-APG-NJK

**Order Granting Respondents' Motion to Extend**

[ECF No. 25]

Respondents filed a motion for extension of time to file their response to the amended petition. ECF No. 25. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Respondents' unopposed first motion for enlargement of time (ECF No. 25) is granted. The deadline to file their response to the amended petition is August 28, 2026.

DATED this 23rd day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE