**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Wilbert Knight,<br>Petitioner<br>v.<br>State of Nevada, et al.,<br>Respondents | Case No.: 2:24-cv-00878-APG-NJK<br>**Order Granting Respondents' Motion to Extend**<br>[ECF No. 27] |

Respondents filed a motion for extension of time to file their response to the amended petition. ECF No. 27. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Respondents' unopposed second motion for enlargement of time (ECF No. 27) is granted. The deadline to file their response to the amended petition is October 12, 2026.

DATED this 24th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE